UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X

SALLY GIBBS,                                MENDED
                                            4-CV-05463-SL-T-L-B
                    Plaintiff,

Vs.

CITY OF NEW YORK (i.e., NYC Police Department); 1. Willie
Johnson named identities, and assigned to the NYPD's 75th Police Precinct and 2.
other plainclothes police offices; also named Peter Nangle assigned to the NYPD 75th
[3.]Kenneth Baribult Retired the same Unit I had problems with about my car I feel that
this is a retaliation the same Norcardic unit the and sergeant unknown and also from
75th precinct Police Precinct JOHN/Doe. Unknown as Commander; POLICE
BENELOVENT ASSOCIATION, a corporate and collective bargaining entity,

                    Defendant,
---------------------------------------------------------------------------X COMPLAINT

Plaintiff, complaining about the unlawful, discriminatory, corrupt, criminal and illegal

Acts by the defendants, charges as follows:

## INTRODUCTION

1). that this is a federal civil rights complaint for violations of New York, and U.S.

Constitutional rights, i.e., 1st, 4th, 5th, 6th, 8th, 9th, 11th, 13th and 14th Amendments, and

Intentional inflection of emotional distress; assault and battery; extortion; conversion;

And state and federal conspiracy.

2).    this action seeks monetary award, injunctive, and equitable relief, including

Immediate assignment of Court monitor(s) to observe, record, document, enforce

The applicable civil rights and even criminal laws against misdeeds of NYPD

Police officers within the Brooklyn New York station-houses and assigned posts.

## JURISDICTION AND VENUE

3). that the federal court has jurisdiction over the government claims as same

Occurred within the Kings County, Brooklyn, New York area, and in the

U.S. Eastern District Court. In addition, the jurisdiction amount of the claims

RECEIVED
MAR 3 0 2005
PRO SE OFFICE

Presented here are, under good faith, above the federal jurisdictional amount of

$10,000.00 dollar exclusive of interest and court cost. That venue is established

Via the whereabouts that the incident occurred, i.e., Brooklyn NY.

## PARTIES

4). Plaintiff Sally Gibbs is an African American 53 yrs old woman, and presently

A college student having the resident of 345 Fountain Avenue, Apt. 7A, Bklyn,

NY. That she has a disability, for purpose of this civil action, namely, a black female,

And college student.

5). Defendants 'JANE/JOHN DOES 1 through 4," upon information and belief, are

Employees and agents of the NYC Police Department and/or the NYC Police

Benevolent Association. Each officer is sued in their official and individual

Capacities as police officers and employees, and allegedly assigned to the 75th

Police Precinct, Bklyn New York. The address of these defendants as well as their

Identities are unknown and pending discovery here.

6). Defendant Police Benevolent Association, upon information and belief, is a

Collective bargaining entity, representing all police official regardless of criminally,

Corruptly, unlawfully or illegally wrong in on the job behavior. The address of this

Defendant as wells as the board of directors and officers are unknown and pending

Discovery.

7). Defendant JANE/JOHN DOES is sued individually and under official

Capacity as New York City Police Commander of the 75th Police Precinct, Bklyn,

New York, and is responsible for all line officers and cops under his/her

Command thereat. This individual's identity and address is presently unknown

Pending discovery.

## FACTS

8). on or about November 18th 2004, at around 1:30 PM, in front of or inside "C & D auto repair & collision, located at 1088 Atkins Avenue, Bklyn, (Telephone # 1-718-649-9619), plaintiff was paying Mr. Ephrane Spencer, repair shop owner/ Employee, and weekend pastor, a sum of money, namely, $200, 00 for the work Performed upon an auto plaintiff owned, all of sudden, without warning, four Alleged plainclothes cops from the 75th Police Station house, approached plaintiff And then commenced to slap, kick, punch, illegally touch, beat, go inside of Her undergarments ands underwear and one officer entered her rectum with a finger And eventually shackled and handcuffed the African-American woman.

9). that the defendant individual plainclothes cops, all or one, yelled at plaintiff "SPIT IT OUT----LOCK THE BLACK BITCH UP.

10). Despite finding nothing incriminating upon the person of the plaintiff, these cops Insisted that the plaintiff become employed by them or harm will come unto the Family of plaintiff. The auto worker, having witnessed this, attempted to inform The police officers—now having badges displayed, that plaintiff did nothing, but Pay her auto services.

11). In addition, that same witness attempted to give plaintiff change from the pay-Ment made, yet the identical officers stole and robbed the financial funds and refused To release same to plaintiff or provide documentation or receipt of its existence.

12). ultimately the police officials described here, forced plaintiff into an unmarked Vehicle against her will, refused her immediate or any kind of medical attention for Injuries sustained from their assault and vicious attack.

13). Despite plaintiff's repeated denial of having done anything wrong, or having Knowledge of what these cops were even talking about, the cops kidnapped the Plaintiff, and brought her, bringing the latter to the area of Highland Park and

Miller Avenue, Brooklyn, and area miles away from her home. There she

Kept shackled and handcuffed for almost or over four hours.

14). at the location so des cribbed within paragraph 13, supra. one female cops

Was overheard stating: "We made a mistake---the wrong person is with us."

Having full knowledge of even constructive knowledge of same; an d rather

Than releasing and seeking immediate medical attention to the plaintiff,

The cops here continued the confinement and detention, and cover-up. In that,

Plaintiff was forcefully taken to the 75th Police Precinct, and fingerprinted,

Photographed and sent through the criminal system for an alleged possession

Of crack-cocaine.

15). eventually, after appearing inside the Brooklyn Criminal Court, located at

120 Schermerhorn Street, plaintiff was never seen by a JURIST but released out

Of the back door of the court building with a form #343, and which states, in part:

> "This court control/arrest number is identified as
> Undocked arrest. For official identification by the
> District Attorney Office that prosecution is de-
> Cline. . .

And as identification is "CC # 57230627M, arrest# K04681494.:

ss. *Sally Gibbs* x