UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SALLY GIBBS,

                Plaintiff,

    -against-                             ORDER AND CIVIL JUDGMENT
                                                          04-CV-5463 (SLT)

NYC 75 PRECINCT AND NARC COPS THE
HOLD UNIT,

                Defendants.
-----------------------------------------------------------x
TOWNES, United States District Judge.

      Plaintiff, appearing *pro se,* filed this action on December 4, 2004, alleging false arrest. By order dated January 10, 2005, plaintiff was directed to submit an amended complaint within sixty (60) days, by March 11, 2005. Plaintiff was advised that if she failed to submit an amended complaint within the allowed time, the Court would enter a judgment dismissing the complaint. Plaintiff has failed to respond to the Court's order. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED**: that the complaint is hereby dismissed pursuant to 28 U.S.C. § 1915 (e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis status* is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

                                                                   SANDRA L. TOWNES
                                                                   United States District Judge

Dated: Brooklyn, New York
       April 1, 2005